# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:21-cv-80716-RKA

TULLIA HEISSENBERG, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

### **SUPPLEMENTAL DECLARATION OF TULLIA HEISSENBERG**

    Pursuant to 28 U.S.C. § 1746, I, TULLIA HEISSENBERG, declare the following:

    1.    My name is Tullia Heissenberg.  I am over eighteen (18) years of age, and I am the plaintiff in the above-captioned lawsuit.  I make this affidavit based upon my personal knowledge.

    2.    This affidavit is made in support of my Motion for Temporary Restraining Order Without Notice against Defendant JOHN DOE and supplements the Declaration that I executed on April 14, 2021.

    3.    Since the date on which I executed my earlier Declaration in this matter, my retained professionals have continued to trace the cryptocurrency assets that were stolen from me on or about March 1, 2021.

    4.    Attached hereto as **Exhibit "A"** is a true and correct copy of the most current cryptographic tracing analysis done for me; which shows that as recently as yesterday (April 21, 2021 at 03:10:11 UTC), 3.71 bitcoin (present valuation of approximately $204,000.00 USD) were moved to the following cryptocurrency wallet address: 34J8Q7AWjwy2rntUY7Wdij7zoU6VZX6aVy.

    5.    With each day that passes in which no mechanism is in place to freeze the further unauthorized movement of my stolen assets, I remain fearful that the assets stolen from me will be liquidated or dissipated beyond the point of recovery.

    FURTHER DECLARANT SAYETH NAUGHT.

### **VERIFICATION**

    I, TULLIA HEISSENBERG, hereby verify and declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

    I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

    */s/ Tullia Heissenberg*
    TULLIA HEISSENBERG

DATED this   22nd   day of April 2021.

| Owner Name | Beneficiary Name | Destination Address | Cryptocurrency Unit | Funds under claim (average confirmed with the five tracing methodologies; in cryptocurrency unit) | Tainted Inflow Start Time | Tainted Inflow End Time |
|---|---|---|---|---|---|---|
| | | 34J8Q7AWjwy2rntUY7Wdij7zoU6VZX6aVy | BTC | 3.71000703 | 2021-04-21 03:10:11 | 2021-04-21 03:10:11 |
| | | 1AaChudwCkJQ5NxdPFPnqQDh9zqruJReVy | BTC | 0.15970164 | 2021-04-19 09:31:59 | 2021-04-19 09:31:59 |
| | | 1EjpXJ5EYf5kwJxNuZoCiqhBd7MwKgTBBY | BTC | 0.07454193 | 2021-04-16 18:12:23 | 2021-04-16 18:12:23 |
| | | bc1qc5s4ny02ky52n593k5dmg0wwlm4ru6k27wqg25 | BTC | 0.05872858 | 2021-04-12 17:08:21 | 2021-04-12 17:08:21 |
| | | bc1q47nqjel39ddwkpdkem4rktm07dfqdzx424nh9v | BTC | 0.04939759 | 2021-04-11 14:10:53 | 2021-04-11 14:10:53 |
| Binance | | 1EzwkAhKV7mBHET1Ad3ihoCe3zuMffdzax | BTC | 0.04639212 | 2021-04-08 21:05:14 | 2021-04-08 21:05:14 |
| | | 3DXPizDtGKbAbyKFMeFdDsYifsp2pDJMLP | BTC | 0.07698239 | 2021-04-08 03:29:43 | 2021-04-08 03:29:43 |
| | | 3CfbSGLJTuDSDdXxTnriNhHh3yU7xjZ2Jk | BTC | 0.09259574 | 2021-04-08 02:56:14 | 2021-04-08 02:56:14 |
| | | bc1q0fe62m8hzh74z5487cqxyxjlwkf45dzul6nv7y | BTC | 0.03102376 | 2021-04-07 22:50:22 | 2021-04-07 22:50:22 |
| | | bc1qzjmpqyk2v02l37s02e32pg38j6qe8auxrzjrlj | BTC | 3.38700250 | 2021-04-06 07:31:30 | 2021-04-06 20:07:25 |
| | | 1CsAvaUuHhE2iGhG61QErwr5CWX7wD7T98 | BTC | 0.09745785 | 2021-04-02 17:34:11 | 2021-04-02 17:34:11 |
| | | bc1qzfhwgletqd4u4vgg0lca5nlgatj8evz2uuq5cv | BTC | 0.12957358 | 2021-03-30 05:09:20 | 2021-03-30 05:09:20 |
| | | bc1qsnz7d7zkeg90yxe9hsufhv8qcp8353jlpce47h | BTC | 0.18041926 | 2021-03-29 12:34:57 | 2021-03-29 12:34:57 |
| Binance | | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 0.10147389 | 2021-03-24 17:59:51 | 2021-04-14 11:57:00 |
| Binance | | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 0.08231204 | 2021-03-24 17:59:51 | 2021-04-14 11:30:46 |
| | | bc1q06jkaan5d0lrkzqs7n2mf9lr6ww0t70dssgg5x | BTC | 0.04027866 | 2021-03-16 18:06:06 | 2021-03-16 18:06:06 |
| Binance | | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | 0.15016433 | 2021-03-15 05:17:00 | 2021-03-25 03:06:18 |
| Binance | | 16MoMBF2pQyq1xHWpU2QtdApSocWnkRdg4 | BTC | 0.12518164 | 2021-03-12 20:28:45 | 2021-03-27 16:32:20 |
| Binance | | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | 0.07799006 | 2021-03-10 15:49:18 | 2021-03-21 18:25:37 |
| Poloniex | | 12vZ3fU66g4XTeomUYCEPp9rcsWjexgzR7 | BTC | 0.49729413 | 2021-03-10 08:37:17 | 2021-03-14 17:36:30 |
| Cryptopay | | 3GJJJchnkesSEUqVm5rKLcvn4XPG3pYW8m | BTC | 0.01539928 | 2021-03-08 11:57:27 | 2021-03-08 11:57:27 |
| | | 19FotcnpeF71bHaA6a52Y1ZD2vXJhVPgXu | BTC | 0.05872858 | 2021-03-08 00:50:34 | 2021-03-08 00:50:34 |
| | | 1Lxm3YUzy4Whdp157kK9UYHCMteBdCBqq4 | BTC | 0.05872858 | 2021-03-08 00:50:34 | 2021-03-08 00:50:34 |
| Binance | | 1B9y1QhoFdmDwGaMUzync2xjrfQiCpTaaC | BTC | 0.00146479 | 2021-03-07 23:02:16 | 2021-03-07 23:02:16 |
| Patricia | | 3F8XqmSF3CZvdamgsRfK74c6dS8rjr5n4s | BTC | 0.00112493 | 2021-03-07 23:02:16 | 2021-03-07 23:02:16 |
| Coinbase | | 39VqAzScewJxgXzA7bxpX3722wmLfgiFJj | BTC | 0.00075255 | 2021-03-07 23:02:16 | 2021-03-07 23:02:16 |
| CoinPayments. | | 3KyT668KgWLoaRqq8bPV8QK9NhTJN3pdYW | BTC | 0.00057209 | 2021-03-07 23:02:16 | 2021-03-07 23:02:16 |
| Coinbase | | 3HjNXNETaMnReh7xqhmFA2VYAvJdyd13iV | BTC | 0.00038323 | 2021-03-07 23:02:16 | 2021-03-07 23:02:16 |
| Patricia | | 3PHjoRvNSW5FhZEKyoLAvdMNrBTQC2p9bS | BTC | 0.00016652 | 2021-03-07 23:02:16 | 2021-03-07 23:02:16 |
| Luno | | 3CpaNbnWSmjZzCsmx4wp6uPKK3CTPHNVZb | BTC | 0.00009689 | 2021-03-07 23:02:16 | 2021-03-07 23:02:16 |
| | | 327uTRES6ThXupKUAt1Xuk2pD9BiZaZ4wT | BTC | 1.10657357 | 2021-03-07 22:09:44 | 2021-03-07 22:09:44 |
| Xapo.com | | 19JyAkHKh36sFduqK4hMsMZhU6ZDoLotW | BTC | 2.33906575 | 2021-03-07 00:55:57 | 2021-03-07 00:55:57 |
| Binance | | 1HYsoGHnqe2APq5NiFuRxad1b8KMhhwKJC | BTC | 0.03000000 | 2021-03-06 22:32:08 | 2021-03-06 22:32:08 |
| BitFlyer | | 3Am4DeAEjcNftnFEC6snvGkcvsjshA1GsB | BTC | 0.00307965 | 2021-03-06 15:43:18 | 2021-03-06 15:43:18 |
| Remitano \|-\| Fo | | 3G9havU8uFRBwqguk6G3YYjxNDAjp1w3Mh | BTC | 0.00136799 | 2021-03-05 10:39:26 | 2021-03-05 10:39:26 |
| Coinbase | | 3LF1XGESznTATC7dMQ2zWmZdf4WEJCcehj | BTC | 0.30000000 | 2021-03-04 16:23:14 | 2021-03-04 16:23:14 |
| Binance | | 15cxBdcNYsdkTW6JoM3Q4xshRF6x8vYrEc | BTC | 0.41288896 | 2021-03-04 10:56:19 | 2021-03-04 10:56:19 |
| | | 13jWBgfYQRs1pPwsWhk9jtvjfDMgdByknP | BTC | 2.20246077 | 2021-03-03 11:29:44 | 2021-03-03 11:29:44 |
| Coinbase | | 3Hms8jBNudNiVVQFqNQE9jhntLTy8REsnU | BTC | 0.00024944 | 2021-03-03 06:12:08 | 2021-03-05 10:39:26 |
| Coins.ph | | 35XfUV6j6nGFXvFcn8P6x2XRaK6QfjGayz | BTC | 0.00062995 | 2021-03-03 00:18:56 | 2021-03-03 00:18:56 |



# EXHIBIT "A"