| | |
|---|---|
| **From:** | David Silver <dsilver@silvermillerlaw.com> |
| **Sent:** | Wednesday, May 12, 2021 4:06 PM |
| **To:** | Arber, Jacob Usher; Jason Miller |
| **Cc:** | Beringer, Ashlie S.; Sze, Wesley |
| **Subject:** | RE: Heissenberg v. Doe - Coinbase's Objections to Plaintiff's Subpoena |

Jacob:

Thank you for Coinbase's response to the subpoena in the above-referenced case.

This will confirm that Coinbase has submitted its objections to Plaintiff's subpoena and believe they have been made in good faith. If you need to make any corrections to your responses and objections, please provide a supplemental response by close of business tomorrow (Thursday, May 13, 2021).

Plaintiff will move to compel a response as appropriate.

David

David C. Silver, Esq.
SILVER MILLER
Tel: (954) 516-6000
Web site: www.silvermillerlaw.com

---

**From:** Arber, Jacob Usher <JArber@gibsondunn.com>
**Sent:** Monday, May 3, 2021 4:37 PM
**To:** David Silver <dsilver@silvermillerlaw.com>; Jason Miller <jmiller@silvermillerlaw.com>
**Cc:** Beringer, Ashlie S. <ABeringer@gibsondunn.com>; Sze, Wesley <WSze@gibsondunn.com>
**Subject:** Heissenberg v. Doe - Coinbase's Objections to Plaintiff's Subpoena

Counsel:

Attached, please find Nonparty Coinbase, Inc.'s Objections to Plaintiff's Third-Party Subpoena Duces Tecum in *Heissenberg v. Doe*, No. 21-CIV-80716-RKA.

Thank you,
Jacob


**Jacob Arber\***

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5328 • Fax +1 650.849.5028
JArber@gibsondunn.com • www.gibsondunn.com

**\*Only admitted to practice in New York**

1

