# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:21-cv-80716-RKA**

TULLIA HEISSENBERG, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION FROM NON-PARTY COINBASE, INC.

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff TULLIA HEISSENBERG, an individual ("Plaintiff"), for entry of an Order compelling non-party Coinbase, Inc. ("COINBASE") to provide relevant documents and information that are directly responsive to the subpoena served upon COINBASE by Plaintiff on April 23, 2021; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

(1)    The Motion to Compel [DE _____ ] is hereby **GRANTED**.

(2)    COINBASE shall, within ten (10) days of the date of this Order, provide to Plaintiff's counsel all relevant documents in COINBASE's possession, custody, or control that are responsive to the April 23, 2021 subpoena served upon it.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this _____ day of May 2021.

 

_____
HONORABLE ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All parties and counsel of record
    Counsel for Coinbase, Inc.