UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 21-80716-CIV-RKA

```
TULLIA HEISENBERG,              . Fort Lauderdale, Florida
                                . April 22, 2021
               Plaintiff,       . 1:21 p.m.
                                .
          v.                    .
                                .
JOHN DOE,                       .
                                .
          Defendant.            .
. . . . . . . . . . . . . . . . .
```

- - - - -

Transcript of Zoom Motion Hearing had

before the Honorable Roy K. Altman,

United States District Judge.

- - - - -

APPEARANCES:

```
For the Plaintiff:     David C. Silver, Esq.
                       Jason S. Miller, Esq.
                       Silver Miller
                       11780 W. Sample Road
                       Coral Springs, Florida  33065

Court Reporter:        Francine C. Salopek, RMR-CRR
                       Official Court Reporter
                       United States District Court
                       299 E. Broward Blvd., Room 207B
                       Fort Lauderdale, Florida 33301
                       (954)769-5686
```

- - - - -

Proceedings recorded by mechanical stenography, transcript produced by computer.

| | |
|---|---|
| 1 | <u>THURSDAY, APRIL 22, 2020, 1:21 P.M.</u> |
| 2 | THE COURT:  Hey, Fran. |
| 3 | THE COURT REPORTER:  Hey, Judge.  We are here today on |
| 4 | the case of Heissenberg vs. Doe, Case Number 21-Civil-80716. |
| 5 | Counsel are online. |
| 6 | MS. HEISSENBERG:  Good morning. |
| 7 | THE COURT:  All right.  Who's here for the plaintiff? |
| 8 | MR. SILVER:  Your Honor, David Silver, my partner |
| 9 | Jason Miller, and my client Mrs. Heissenberg are here for the |
| 10 | plaintiff. |
| 11 | THE COURT:  Good afternoon to all of you. |
| 12 | And I assume there's no one here for the defense. |
| 13 | MR. SILVER:  There's no one here for the defense. |
| 14 | THE COURT:  All right.  Let me tell you why I called |
| 15 | you in for a hearing rather than just grant the motion.  I have |
| 16 | two concerns about your motion. |
| 17 | Who's speaking for the plaintiff? |
| 18 | MR. SILVER:  That will be David Silver, your Honor. |
| 19 | THE COURT:  My first concern is that -- at least today |
| 20 | I got an Exhibit B that's gibberish to me, maybe somebody can |
| 21 | explain it -- but you have no evidence.  Usually, I've looked |
| 22 | around the country at TROs and cryptocurrency cases and they |
| 23 | always have the same, they always have the same thing -- |
| 24 | they've got -- they've hired a firm, a cryptographic expert |
| 25 | firm, to go out, trace the assets, bring in screenshots, |

1   provide the wire transfers and give an expert report of sorts

2   that says, hey, this money was stolen from Ms. Heissenberg, and

3   it went through this account and it went through this way and

4   this is how much it's worth and it ended up in this guy's

5   pocket.

6          As far as I can tell from your motion, you don't have

7   any of that.  You just have Ms. Heissenberg saying some guy

8   stole my money and I want it back.  That's no different than,

9   you know, my neighbor saying that I stole his money and wanting

10  all of my assets frozen until he can get them back.  That's not

11  a significant likelihood of success on the merits and nobody

12  gets a TRO, which is an extraordinary basis, on that ground.

13         So, what's your evidence?  Can you supplement with

14  more evidence?  Do I need to give you more time?  I'm certainly

15  not denying it with prejudice, I'm just saying I think I need

16  more.  That's the first thing.

17         The second thing is, all I hear about cryptocurrencies

18  is that people want to invest in them because they are going to

19  supplant the dollar, they're going to be real currency.

20  They're real, fungible assets that we can use.

21         Well, if that's true, then it's just money and you

22  don't get TROs for money.  You get money damages at the end of

23  a case for money.

24         If somebody stole a hundred dollars from you, you

25  don't get a TRO to freeze their assets.  You sue them, you

```
1    either win the case or you lose the case.  If at the end of the
2    case you win the case, you get your hundred dollars plus
3    interest.
4              In the case of cryptocurrency, I understand the value
5    can fluctuate, so they steal 3.71 Bitcoin.  I don't know what's
6    that worth, but let's say it's worth $100 trillion.  At the end
7    of the day, it's worth $100 trillion, you get back your $100
8    trillion if you can collect it.  There's no difference to that
9    and any other lawsuit so far as I can understand.
10             So, those are my two questions that I have on the
11   motion for a TRO.
12             On the expedited discovery, I'm inclined to give it to
13   you because you don't know who it is.  But I think the request
14   that you've done is a little bit -- or has given me is a little
15   bit too broad, because you've asked me for expedited discovery
16   from any third party.  And I think you should be able to have
17   expedited discovery from the people and the entities who know
18   who John Doe is in this case.  And those are, as I can tell
19   the, what is it, nine accounts at the seven exchanges that were
20   mentioned in the complaint.  And I'm happy to give you
21   expedited discovery with respect to them.
22             So, that's my issue and question with respect to
23   expedited discovery.  So those are my three issues/questions
24   for you, Mr. Silver.
25             Go ahead, sir.
```

1          MR. SILVER:  Let's take one step back.  We have

2     retained the cryptoanalytics firm.  Coinfirm has provided that.

3     That's incorporated into the complaint, TRO, and verified by

4     Ms. Heissenberg.  She herself did not do that.

5          Also included in the affidavit this morning, we

6     provided the updated analytics.  I've done -- not to toot my

7     own horn -- but I, up until about two years ago, any single

8     cryptocurrency case in the country was mostly filed by my firm.

9     We've gotten better at these TROs --

10          THE COURT:  Is that a good thing or a bad thing?

11          MR. SILVER:  Well, it turned out to be a right place

12     at the right time thing.

13          Including in the Southern District of Florida, where

14     Judge Marra was the first judge in the country who issued a

15     judgment on private wallet addresses for 11,000 Bitcoin.

16          But I say that mostly because --

17          THE COURT:  He just got reversed twice by the Eleventh

18     Circuit in published opinions yesterday, so take that for what

19     it's worth.

20          MR. SILVER:  I was unaware of that, but I'm going to

21     stand --

22          THE COURT:  One of them was 185 pages.  I read it all

23     last night.

24          MR. SILVER:  So, effectively, I want to answer the two

25     questions that are most important to you.  So, in both the

1   complaint, the TRO affidavit verification, and the supplemental

2   verification, we provided the information from the

3   cryptoanalytics firm.

4        Ms. Heissenberg, who's on here, can give live

5   testimony if you want, but she herself doesn't understand what

6   the cryptoanalytics firm did.  We attached their report.

7        The gibberish --

8        THE COURT:  Sorry, where is the report?

9        MR. SILVER:  It's exhibited -- Docket Entry 13 is the

10  supplemental.  We attached the --

11       THE COURT:  That's Exhibit A?

12       MR. SILVER:  I'm just looking....

13       THE COURT:  This thing is their report?

14       MR. SILVER:  Yes.

15       THE COURT:  There are no words in the English language

16  in this thing.

17       MR. SILVER:  No.  That's just the conclusions of the

18  report of where the Bitcoin is.

19       I'll take a step back and the reports that generally

20  get populated, if your Honor tells me that's a necessity, there

21  is no, to my knowledge so far, there is no necessity for the

22  TRO for an actual expert report.  If your Honor would like one,

23  I'm happy to do that.

24       THE COURT:  You just need to show a significant -- a

25  substantial likelihood of success on the merits.

```
1              So, I'm looking at Exhibit A.  Unless there's someone

2    who's going to explain to me what that means, how does that

3    show me that there's a substantially likelihood of success on

4    the merits?  None of those words are in English.

5              MR. SILVER:  I want to take a step back.  If we go

6    through -- if we go to the complaint, the complaint shows

7    through BlockFi, which is the company where she was storing --

8              THE COURT:  Let me up open up the complaint.  Let me

9    open up the complaint.

10             MR. SILVER:  Starting on paragraph 49.

11             (Pause)

12             THE COURT:  All right.  Let me read it.

13             Okay.

14             MR. SILVER:  Okay.  So, paragraph 49 does again verify

15   in the TRO affidavits signed by my client, walks you through --

16             THE COURT:  Can I just back up there?  Where is this

17   information in paragraph -- because your client, as you just I

18   think said, is not a cryptographic expert.  She doesn't know

19   all this.  Right?

20             MR. SILVER:  Well, this is public information -- I

21   mean I agree with that statement.  Yes, I agree with what

22   you're saying.

23             THE COURT:  So where does this all come from?

24             MR. SILVER:  This comes from a cryptographic tracing

25   company called Coinfirm --
```

```
 1              THE COURT:  Okay.  Go ahead.
 2              MR. SILVER:  -- who has partners on here.  I'm pretty
 3    sure we identified that we retained them in the TRO motion.
 4              But more importantly, in other cases, this is public
 5    information that my client herself can verify.
 6              Again, I'm happy to get someone from Coinfirm to
 7    generate a report that would provide you this information
 8    through a more formal report if you require it.  But the public
 9    information, the public address, the date of theft, all of this
10    is public information.
11              So, 49 walks us through the cryptocurrency that was
12    stolen.  What we then do is for each of these cases, we retain
13    a cryptocurrency tracing firm, and they provide where the
14    crypto has gone.
15              And, for instance, in the supplement --
16              THE COURT:  Can you just show me in the complaint
17    where it says that all this information came from the efforts
18    of a crypto tracing firm?
19              MR. SILVER:  Give me one second.
20              THE COURT:  Is it paragraph 21?
21              MR. SILVER:  Just taking a quick look.
22              THE COURT:  No.
23              (Pause)
24              MR. SILVER:  Okay.  Paragraph-- it is.  On the TRO,
25    paragraph 21, this might be the same 21 in the complaint.
```

1          THE COURT:  The complaint 21 just says "by

2      getting the target's wireless telephone number

3      transferred to a new SIM card that he owns" --

4          MR. SILVER:  Yeah.

5          THE COURT:  -- "the thief works with the telecom

6      provider to utilize the information provided to him

7      by the telecom provider and/or to simply by" -- it

8      basically just explains how that happens.

9          MR. SILVER:  It's just a fluke.  21 in the TRO reads:

10         "In fact, plaintiff has discovered through

11     cryptographic tracing that from either the John Doe

12     wallet addresses or the John Doe secondary addresses,

13     or both, the following assets have been transferred by

14     John Doe, or someone believed to be acting on his

15     behest, as recently as the date of this filing, this

16     motion."

17         And we give four examples of the Bitcoin moving.

18         And as to the supplemental declaration that we

19 attached that just has the Excel spreadsheet, there's another

20 160,000 or so -- 204,000 that moved yesterday from one of the

21 private wallet addresses to another private wallet address.

22         Here's the issue and why the TRO is a necessity, why

23 it's been granted in other cases --

24         THE COURT:  So you don't ever say that -- read that to

25 me again, that part about the cryptographic firm in the TRO?

1    MR. SILVER:  In the TRO, it says:

2    "In fact, plaintiff has discovered through

3    cryptographic tracing that from either the John Doe

4    wallet address or the John Doe secondary address, or

5    both, both assets have been transferred by John Doe or

6    somebody believed to be acting at his behest" --

7    THE COURT:  Understood.

8    So, in neither the complaint, nor in the declaration,

9    nor in the TRO, do you ever actually tell me, until today, that

10   you hired an expert firm to go out and do you all this work as

11   opposed to either the plaintiff or you doing it.

12   MR. SILVER:  Exactly.

13   THE COURT:  Okay.  That's what I thought.  So --

14   MR. SILVER:  And today's an evidentiary hearing.  My

15   client can take the stand and say that if you're so inclined --

16   THE COURT:  Your client can't really take the stand.

17   I mean, your client doesn't know any of this stuff.  I was

18   hoping you'd bring the cryptography guy and he could tell me

19   what's what with this stuff.

20   MR. SILVER:  And if your Honor requires it, I'm happy

21   to do that as soon as your Honor wants me to reschedule and do

22   this.

23   But again the affidavit --

24   THE COURT:  I mean, money's being stolen from your

25   client's account every day.  So, I would think that maybe you

1  could call him on the phone and we could do this in half an

2  hour.

3          I don't want to wait.  My point is, I don't want to

4  wait if your client's money is being stolen, we got to freeze

5  the assets.

6          MR. SILVER:  I can do that right now.

7          THE COURT:  I also can't enter a TRO on a lawyer's

8  say-so, yeah, my client says that the neighbor stole her money.

9  I just -- you don't get a TRO for that.

10         MR. SILVER:  Again, just as a mild distinction here,

11  Bitcoin defined by the IRS is property.  It's property that's

12  being stolen at the moment.  And it's individualized specified

13  property.

14         THE COURT:  So my client says that his neighbor stole

15  his bike.  You don't get a TRO for that.  Freeze all the bikes

16  in the neighborhood.  You don't get a TRO for that.

17         MR. SILVER:  If your Honor's still available at 2:30,

18  I could have them testify at 2:30.  Let me know what time is

19  good for you.

20         THE COURT:  Let me look. Let me look.

21         That works for me.  I'm free from now until 3 p.m.,

22  I've got a hard stop at 3.

23         MR. SILVER:  If you can give me five minutes right

24  now, without everyone breaking or taking a five-minute leave,

25  I'll call them right now.  They're overseas so I have to make

1  sure I can get a hold of them.

2          THE COURT:  Sure.

3          MR. SILVER:  I will do it right now and give you an

4  answer in two minutes.

5          THE COURT:  Okay.  We'll wait then.

6          MR. SILVER:  Fine.  I'm just going to mute myself.

7          THE COURT:  Okay.  Fran, we can be off and we can hear

8  from Mr. Stern's kids.

9          *(Discussion had off the record)*

10         THE COURT:  Mr. Silver, any update?

11         MR. SILVER:  So I got me and the CEO trying to track

12 done the two guys who wrote the report.

13         THE COURT:  All right.  You're also welcome to ask me

14 any questions you have, Mr. Silver.

15         MR. SILVER:  I think they are doing a great job.

16         *(Discussion had off the record)*

17         MR. SILVER:  May I have a second?

18         THE COURT:  Sorry.  Go ahead, Mr. Silver.

19         MR. SILVER:  I was just gonna say, David -- as long as

20 you're okay if he's dressed a little casually.

21         THE COURT:  No problem at all.

22         MR. SILVER:  He says two -- I'm hoping it should be

23 2:15 -- he should be in front of a computer.

24         THE COURT:  All right.  That sounds great.

25         So, why don't we do this.  Why don't we all break for

```
 1   15 minutes and we can come back at 2:15 unless the kids have
 2   any more questions.
 3           Joshua.  How did I guess?
 4           (Discussion had off the record)
 5           THE COURT:  All right, we'll take a break.
 6           Fran, I'll come in and see you.
 7           MR. SILVER:  Judge, do you want to say ten minutes?
 8           THE COURT:  Yeah, sure.
 9           MR. SILVER:  Perfect.
10           (The Judge exited the courtroom)
11           (Recess taken at 2:08 p.m. until 2:22 p.m.)
12           THE COURT:  All right.  Mr. Silver?
13           MR. SILVER:  Okay, your Honor.
14           THE COURT:  Who do we have?
15           MR. SILVER:  We have Pawel Aleksander, who's the CIO
16   and cofounder of Coinfirm, who's the crypto tracing analytics
17   company.
18           THE COURT:  Okay.  Mr. Aleksander, how are you, sir?
19           THE WITNESS:  Very fine, Judge, a pleasure to meet
20   you.
21           THE COURT:  The same.  I can't see you, though.  Are
22   you walking somewhere?
23           THE WITNESS:  Yes.  I'm actually heading home.
24           THE COURT:  Okay.  How far are you, do you know?
25           THE WITNESS:  Well, like 15 minutes.
```

ALEKSANDER - DIRECT/SILVER

```
 1          THE COURT:  Okay.  All right.  Well, we'll do the best
 2   that we can.
 3          THE WITNESS:  Yep, yep.
 4          THE COURT:  All right.  Mr. Aleksander, I don't know
 5   if you see on the top of the screen there's a lady who is
 6   writing down everything that you say.  So it's very important
 7   to, please, to speak slowly and clearly into your phone so that
 8   she can take down everything you say.  Okay?
 9          THE WITNESS:  Understood, yeah.
10          THE COURT:  All right.  Go ahead, Mr. Silver.
11                       DIRECT EXAMINATION
12   BY MR. SILVER:
13   Q.  Mr. Aleksander, can you please introduce yourself to the
14   Court and what you do.
15   A.  Yeah, so my name is Pawel Aleksander.
16          I'm the chief information officer and cofounder of
17   Coinfirm, also in a role of director.
18          I'm responsible for the data science, product team and
19   fraud investigations in the company.
20          THE COURT REPORTER:  I'm sorry, Mr. Aleksander.
21          Judge, we didn't swear him in.
22          MR. SILVER:  So, Pawel, we're gonna first swear you in
23   in a second and you have to speak slower and articulate as best
24   as possible so the court reporter can take everything down
25   you're saying.
```

ALEKSANDER - DIRECT/SILVER

1      THE COURT:  Can you back up the phone a little bit, so

2  we can see your face?  There we go.

3      THE WITNESS:  Yeah.

4      THE COURT:  Perfect.

5      THE WITNESS:  Okay.  So one more time.  My name is

6  Pawel Aleksander --

7      MR. SILVER:  Hold on, Pawel, she's going to swear you

8  in first.

9      THE WITNESS:  Okay.

10      THE COURT REPORTER:  Mr. Aleksander, please raise your

11  right hand.

12      THE COURT:  Other hand.  Other hand.

13      *(PAWEL ALEKSANDER, witness herein, was sworn)*

14      THE WITNESS:  I swear.

15      THE COURT REPORTER:  Please, sir, if you would, just

16  spell -- just state your full name for the record, spelling

17  your full name.

18      THE WITNESS:  Agree.

19      THE COURT:  Go ahead.  Spell your name.

20      MR. SILVER:  Pawel, state your name and spell it.

21      THE WITNESS:  Pawel Aleksander, so sorry, I'm just not

22  hearing very well.

23      So, my name is Pawel Aleksander.

24  BY MR. SILVER:

25  Q.  Spell it.

ALEKSANDER - DIRECT/SILVER

1   A.  P-A-W-E-L A-L-X-K-S-A-N-D-E-R (sic).

2   Q.  And just to clear that up, is it A-L-E-K-S-A-N-D-E-R?

3   A.  Correct.

4   Q.  Thank you.

5        And can you briefly describe what you do at Coinfirm.

6   A.  Yes.  So, I'm a chief information officer responsible for

7   data science, product development, and fraud investigations in

8   the company.

9   Q.  As part of your fraud investigations for the company, were

10  you retained by Silver Miller in the case of

11  Ms. Heissenberg v. John Doe?

12  A.  Correct.

13  Q.  And did you prepare a report?

14  A.  Correct.

15  Q.  And did you prepare a report --

16        MR. SILVER:  Judge, is it okay if I share the report

17  on the screen?

18        THE COURT:  Sure.

19        Where are you, Mr. Aleksander?

20        THE WITNESS:  Right now I'm in Warsaw.

21        THE COURT:  It looks very cold.

22        THE WITNESS:  Yeah, indeed.  It's cold and quite late.

23  It's eight o'clock here.

24  BY MR. SILVER:

25  Q.  Pawel --

ALEKSANDER - DIRECT/SILVER

1   A.  Yes.

2   Q.  -- we appreciate you taking time at 8 o'clock to do this

3   with us.

4        I'm sharing on the screen, which I imagine is very

5   hard to read on your phone, but can you just tell the Court if

6   this is the report that Coinfirm generated for Ms. Heissenberg?

7   A.  Yes.  I can recognize this is just this report, which we've

8   prepared for Mr. Heissenberg *(sic)*.

9   Q.  And can you generally just tell what this report, the

10  information it contains and explain to the Court the methods

11  you used to do a report like generally like this.

12  A.  Yeah.  So, this is the record of transactions, which trace

13  defrauded funds from the starting point up to the destination,

14  for example, to cryptocurrency exchanges.

15       So, this is an Excel file.  It is a piece of evidence,

16  which records all transfers that leads from original

17  transactions of Mr. Heissenberg *(sic)* which derive from BlockFi

18  and then end on particular Blockchain addresses either

19  attributed to particular Blockchain services or unattributed

20  addresses.

21  Q.  When you say "unattributed addresses," do you just mean

22  private wild addresses that you can't identify?

23  A.  Correct.

24  Q.  So, just to say that slightly differently for the Court,

25  when you're able to, you identify under a column that says

ALEKSANDER - DIRECT/SILVER

1   "owner name" the exchange where you believe the

2   cryptocurrencies that were stolen from Ms. Heissenberg went,

3   correct?

4   A.  Correct.

5   Q.  When it's blank in the owner name, to you that just

6   signifies it's a private wallet address that you can't identify

7   as to who owns it currently.

8   A.  Correct.

9   Q.  And can you explain what the first-in, first-out means --

10         THE COURT:  Can I ask a question there about that?

11         In the "owner name" column, does that mean that we

12   should expect that those blanks are also likely owned by BitPay

13   or the opposite, that they're also not likely owned by someone

14   like BitPay?

15         THE WITNESS:  We don't know.  I cannot provide the

16   reasonable assurance behind that.

17         THE COURT:  So it could be one way or the other?

18         THE WITNESS:  Yeah.

19         THE COURT:  And why would that be?  Why wouldn't some

20   cases you'd be able to see BitPay or Polominex and in other

21   cases you wouldn't?

22         THE WITNESS:  So, we, as a company, identify the

23   parties, the blocked-in addresses and who stays behind them.

24   And so one way of doing so is by registering on particular

25   Blockchain services like Binance or Coindin *(audio dropping)* --

ALEKSANDER - DIRECT/SILVER

1   making some transactions on those --

2           THE COURT:  Mr. Aleksander, you've cut out.

3           THE WITNESS:  -- services --

4           THE COURT:  Mr. Aleksander, you -- I'm --

5           THE WITNESS:  -- for example to Coinbase or Bi --

6           THE COURT:  Mr. Aleksander, I'm sorry, you cut out.

7           THE WITNESS:  Yeah.

8           THE COURT:  You were saying, one of those -- an

9   example is, and then you cut out.

10          THE WITNESS:  Okay.  So let me say one more time.

11  A.  So, one of the key methods of how we identify who is the

12  owner of block-chain address is registering on cryptocurrency

13  exchanges, making sample transactions on those exchanges, and

14  by this recognizing which addresses belong to those particular

15  exchanges.

16          THE COURT:  Okay.  Go ahead, Mr. Silver.

17  BY MR. SILVER:

18  Q.  And just to take that one step further.  When you can't

19  identify a wallet address, there are, as part of the

20  Blockchain, there are people who just hold their own private

21  wallet addresses that aren't associated with an exchange that

22  can be traced at the moment, correct?

23  A.  Correct.

24  Q.  Can you describe what the first-in, first-out analysis

25  method that you guys use and what that means?

ALEKSANDER - DIRECT/SILVER

1    A.  Yes.  So, first-in, first-out is one of the most widely

2    used forensic accounting methods.  It's used in traditional

3    accounts.  It's used also in bankruptcy, low proceedings to

4    settle claims of the victims.

5         So, first-out, first-in (sic) method assumes that the

6    transfers which came first to particular Blockchain wallet are

7    assumed to be going out in -- first in order.

8    Q.  And you at Coinfirm or someone that you supervised prepared

9    this report?

10   A.  Yes.  So, this was prepared by Mr. Roman Bieda, who's our

11   head of forensics and verified by myself.

12        THE COURT REPORTER:  Mr. Aleksander, I'm sorry, could

13   you spell that name for me, please?

14        THE WITNESS:  Yes, it's Roman, R-O-M-A-N, B-I-E-D-A.

15        THE COURT REPORTER:  Thank you.

16   BY MR. SILVER:

17   Q.  And, Mr. Aleksander, can you explain what live tracing is

18   and why live tracing is so important to someone like

19   Mrs. Heissenberg?

20   A.  Yes.  So, life tracing is technological possibility of

21   following the flow of funds in realtime or close to realtime.

22   It means that whenever the funds move from one wallet to

23   another, we can immediately see this move and calculate and

24   attribute the proportion of claimed funds that is passing

25   through this Blockchain wallets.

1   Q.  And can you explain how -- providing how -- providing

2   notice to the -- strike that.

3          Can you explain why it's important for someone like

4   Ms. Heissenberg to get live notifications and advise the

5   cryptocurrency exchanges of the transactions of her stolen

6   funds in realtime?

7   A.  Yes.  So, the importance of that is because if we manage to

8   notify the exchange just after it receives the defrauded funds,

9   there's a much higher chance that these funds are going to be

10  frozen by the exchange.

11         MR. SILVER:  Your Honor, I don't have anything else,

12  unless you have questions?

13         THE COURT:  I did have a question about that last

14  point.

15         So, was the exchange contacted in this case?

16         MR. SILVER:  That's a question for me, not him.

17         We provide notice to the exchanges as we get it, yes.

18         THE COURT:  And so, just for you, Mr. Silver, does

19  that mean that the exchange has done the work of freezing these

20  accounts?

21         MR. SILVER:  Typically, we were a little bit --

22  there's -- I want to answer this accurately.

23         In the United States, the five major exchanges work

24  with us upon notice.

25         In this particular case, and in most cases we deal

1    with, the money runs through Binance overseas and Binance

2    overseas has not been particularly respectful of the notice of

3    the stolen funds.

4              THE COURT:  I see.  And Binance is where?

5              MR. SILVER:  Binance is located, depending on who you

6    believe, in either Singapore or Saychelles.

7              THE COURT:  Understood.

8              And what is this sort of code, I guess, the number and

9    letter sequences in the "destination address" column?

10             THE WITNESS:  So "destination address" is the address

11   that receives funds in a given transfer.  Each record in this

12   Excel spreadsheet is a separate transfer.  And "destination

13   address" is the address receiving the transfer.

14             THE COURT:  And are these -- these are all -- many of

15   these appear to be very different addresses, correct?

16             THE WITNESS:  Yes, correct.

17             THE COURT:  So can we say that -- why do we think that

18   there's one John Doe who's receiving all this money as opposed

19   to many different ones?

20             THE WITNESS:  Because it's typical for criminals to

21   layer the track of funds and deposit funds to multiple

22   different accounts, just for the purpose of layering the funds.

23             THE COURT:  And how do we know that it is one John

24   Doe, or do we not know?

25             MR. SILVER:  We do not know, your Honor.

```
 1              THE WITNESS:  We cannot be sure.  We can, however,
 2    determine that it's close to certain that this particular
 3    accounts received defrauded money.
 4              THE COURT:  Okay.
 5              All right.  Anything else you have, Mr. Silver, for
 6    Mr. Aleksander?
 7              MR. SILVER:  No, that's it for now.
 8              Pawel, thank you very much.
 9              THE COURT:  Mr. Aleksander, thank you very much for
10    your time.
11              THE WITNESS:  My pleasure, guys.
12              THE COURT:  Bye-bye.  Have a good night.
13              THE WITNESS:  Have a good one.
14              (Witness was excused and exited the Zoom hearing)
15              THE COURT:  All right.  Mr. Silver, anything you want
16    to add to that?
17              MR. SILVER:  Just, I want to take a step back for a
18    second, because you also talked about the expedited discovery
19    order.
20              THE COURT:  Yeah.  I want to talk about fungibility
21    when it comes to bit -- what is this -- cryptocurrency and the
22    need for a TRO in a stolen property case.
23              MR. SILVER:  So, from our perspective, in this
24    particular instance, in order to maintain the status quo, the
25    Bitcoin is specifically identifiable.  The property is
```

1    identifiable.  The Blockchain is a public -- what makes

2    cryptocurrency itself so popular at the moment is that it is

3    publicly verifiable.

4         Here we've identified the specific stolen property,

5    where it's moving from and to, and restraining the thieves from

6    taking it allows us to go to the exchanges, when they receive

7    the stolen property, and have them hold that stolen property

8    until further Court order requires them either to put it into

9    court funds, transfer order.  But it's the TRO, itself,

10   restrains the movement of the stolen property.

11        THE COURT:  How does it do that if the Binance

12   company, say, is in the Seychelles?

13        MR. SILVER:  So, I chuckle at that because as recently

14   as this week, Binance hired the former, I believe, chair of the

15   OCC to be their CEO of Binance U.S.  They are starting more and

16   more to comply with U.S. regulations.

17        If I get a TRO, I send it out to a list of about ten

18   different exchanges around the world, including Binance, by the

19   way.  But what happens is, every other exchange will freeze the

20   assets.  Once they -- they'll freeze the assets.  They usually

21   give me 24 to 48 hours to get a court order.  Once we find

22   them, with the restraining order, they will freeze it in

23   perpetuity until the third party comes and makes a claim for

24   it.

25        And usually what's happened in the last two years, as

1    we started to do this more successfully, the criminal never

2    appears to claim the funds because they can't show a source of

3    funds.

4            THE COURT:  So, what will happen then -- so my TRO

5    will be 14 days long, right?  So in 14 days you will move for a

6    preliminary injunction, and we'll have, you know, we'll have a

7    similar thing, you'll make a presentation and no one will show

8    up.  That's what you expect.

9            MR. SILVER:  So, yes, I expect that to happen.

10           What the expedited discovery is going to reveal for us

11   is two things:  One, we have a list of about four accounts in

12   the U.S. that the exchanges will provide the KYC information

13   for the related accounts upon the service of the expedited

14   discovery.

15           THE COURT:  Those addresses are the ones in the

16   destination column on the spreadsheet?

17           MR. SILVER:  The ones with the owner name that have --

18   so Coinbase will respond -- if we go down the list -- BitPay

19   will likely respond, Poloniex will respond -- well, Polominex

20   is outside the U.S. now.  Circle technically moved it to, to I

21   think BBI.  Binance won't respond.  Coinbase will respond.

22   Gemini will respond.  Hoovy is in Japan.  They won't respond.

23   OKEx sometimes responds -- I'm just going on experience,

24   naturally I mean, but the U.S. -- the five major crypto

25   exchanges in the U.S. will all respond.  I mean I spoke, I

1    talked to --

2              *(Cross talking)*

3              THE COURT:  And what does a response mean?

4              MR. SILVER:  -- this morning --

5              THE COURT:  What does a response mean?

6              MR. SILVER:  They'll provide the KYC information of

7    the accountholder.

8              THE COURT:  Okay.  So now, assuming it's one of

9    theirs.

10             MR. SILVER:  Yes.  Assuming for the Coinbase -- I will

11   identify the destination address, the amount of crypto

12   transferred.  Again, that's public information.  Coinbase links

13   it to the account.  Coinbase pursuant to the subpoena will

14   provide the account transactional history and the YYC

15   information.

16             THE COURT:  So will you know the name of the person?

17             MR. SILVER:  Yes.

18             THE COURT:  Wow.

19             And so then at the preliminary injunction phase, I

20   grant your preliminary injunction, nobody shows up to claim the

21   money, then we proceed with litigation in the form of what?  A

22   motion for clerk's default and a motion for default judgment.

23   You get a judgment from me, I close the case.  When does

24   Ms. Heissenberg get her money back?

25             MR. SILVER:  So there's two, there's two key factors

1   here.  One is we go around the globe right now tracking down

2   the Bitcoin at different exchanges.  So, we will go around the

3   globe.

4        We have cases in Japan right now, Ireland, Singapore,

5   and we'll go track it as it moves.

6        For this amount of money, $4 million, there's only so

7   many exchanges that won't steal the money from the criminals.

8   They're mostly in the U.S.  They will try to move off ramp the

9   money in the U.S.

10       The second part of the expedited discovery, we haven't

11  really talked about how Ms. Heissenberg has had her money

12  stolen.  It was stolen through a SIM swap.  There were five

13  separate -- they attacked Ms. Heissenberg's account.  There

14  were five separate attempted SIM swaps on her account.

15       We will subpoena T-Mobile for the information for the

16  people whose account who allowed the attack to happen, and

17  depose them, see who paid them to get her account access.

18       And we do have a separate --

19       THE COURT:  How do you think those people knew, like

20  the T-Mobile guy, how does he know that Ms. Heissenberg's got

21  all this Bitcoin money and that her phone should be hacked in

22  this way?

23       MR. SILVER:  The hackers know.  And the hackers pay

24  the T-Mobile representative for access to their account.

25       THE COURT:  Got it.

```
1           MR. SILVER:  In federal court right now, there are
2    about three or four criminal convictions that have already
3    happened with AT&T and Verizon employees.  T-Mobile at the
4    moment's hemorrhaging.  My firm has handled over 150 SIM swap
5    cases that's resulted in cryptocurrency being stolen.  It's
6    just a new form of identity theft than theft.
7           THE COURT:  Understood.
8           Okay.  Anything else you want to add, Mr. Silver?
9           MR. SILVER:  No.  At this -- unless you have further
10   questions, we are going to rely -- or you want to hear from
11   Ms. Heissenberg, I'm happy to have her testify.
12          THE COURT:  If you think there's anything that's
13   useful from Ms. Heissenberg other than having her say hello.
14          MR. SILVER:  I think she'd be very happy to say hello
15   to you, your Honor, but I don't think she has much to say that
16   we haven't already discussed.
17          THE COURT:  Okay.  Ms. Heissenberg?
18          MR. SILVER:  Unmute yourself, Tullia.
19          MS. HEISSENBERG:  Sorry.
20          Your Honor, I just want to let you know that this
21   money that my husband and I, it's all our, our savings.  We
22   sold the rental properties.  My husband's got Parkinson for
23   14 -- 15 years.  You were talking earlier about ADA and
24   disabilities, and I feel that you have a heart for that.  This
25   money was to keep him out of assisted living, to keep him at
```

```
 1   home.  And, I just, I just beg the Court, beg your Honor to
 2   just expedite this so I may have a chance to get some of the
 3   money back.  Please, your Honor.
 4             THE COURT:  Thank you, Ms. Heissenberg.
 5             All right.  Anything else, Mr. Silver?
 6             MR. SILVER:  I'm just looking at my notes.  No.  I
 7   think that's everything that we were planning and, of course,
 8   if your Honor, you know, for the preliminary injunction
 9   hearing, we'll come back with a full report with the expert.
10             THE COURT:  Great.  I think that was very helpful.  I
11   found it very, very helpful.  And it gave me a lot of comfort
12   in granting your motion, which I will do.  So, I'll enter an
13   order -- I'm not sure when it will be docketed.  Because of
14   COVID, the clerk's office is running on a skeleton staff, so it
15   might be docketed tonight, but it might come out tomorrow.
16             And I'll grant your motion.  I'll look at your motion
17   again for the expedited discovery.  I might not give you
18   everything you've asked for, but I am going to grant your
19   motion at least in part with respect to the expedited
20   discovery.
21             MR. SILVER:  Judge, the critical portions of the
22   expedited discovery -- and I will acknowledge it's a little
23   more broad than maybe you want -- but the critical components
24   of what we need in the next two weeks -- and I do expect asking
25   for probably a two-week extension of the TRO -- it's my guess
```

1   it's going to 30 days, it will take somewhere around the 30-day

2   mark to get all the information, is the subpoena power to the

3   exchanges and T-Mobile to identify --

4           THE COURT:  I was going to give you that.

5           MR. SILVER:  That's -- and that's the critical part.

6           THE COURT:  Yeah.  That's what I figured.

7           Mr. Miller, are we going to let Mr. Miller talk?

8           MR. SILVER:  He's the brains of the operation.  He can

9   say anything he likes.

10          MR. MILLER:  Thank you, your Honor.  No, I mean, I

11  have very little to add.

12          I just did want to add, though, and part of the

13  obtaining the annoying customer information, and getting the

14  identities of the wallet holders at these exchanges, it allows

15  us to then provide them notice and potentially bring them into

16  the case if they wish to defend themselves.

17          THE COURT:  Well, which I take Mr. Silver's point is

18  unlikely.

19          MR. SILVER:  Well, your Honor, I'll give you -- if you

20  want to give me ten more seconds -- of a little crypto --

21          THE COURT:  Sure.  I've got 15 more minutes.  I got

22  till 3 o'clock.

23          MR. SILVER:  So what happens with crypto analytics is,

24  once it hits an exchange, it's the same thing when you take a

25  dollar to a bank.  If you deposit a dollar, when you take a

1    dollar out, it's a different dollar.

2          In the crypto analytics, what Coinbase and Gemini will

3    do, what the U.S. exchanges will do, they will provide me, if

4    the perpetrator withdrew Bitcoin, they'll provide me another

5    destination address, so I can continue tracing the crypto as it

6    leaves.

7          So it's very helpful for the analytics, it makes the

8    analytics that much better, because some of this information,

9    for instance, almost $1.5 million was stolen, what's called

10   Ethereum, the second largest crypto, not Bitcoin.

11         The Eth was deposited the day of the theft in Binance.

12   Binance likely won't give me that information, but if they do,

13   what I would get is, that crypto would have moved already, but

14   if it happened in a U.S. exchange, they give me where they sent

15   the next round of crypto to or the banking information.

16         I've been doing crypto since 2014.  I was at Squire

17   Patton Boggs in DC.  Before that, my friends all made fun of me

18   when I got into crypto.  My former colleagues all got a

19   chuckle.  But what it's turned into, and the craziness, it's

20   all legitimizing in front of us.  And the TROs and the

21   injunctions, and the subpoenas, it's cleaning up the industry,

22   which I think is going to be very helpful for everyone

23   involved.

24         I mean, Heissenberg, she called this.  She put in

25   hundreds of thousands of dollars a year and a half ago and

1    turned it into $4.5 million.

2            THE COURT:  Wow.

3            MR. SILVER:  BlockFi, the company where she was

4    storing it, is -- and I give them credit for this -- they're

5    the ones who reached out to the FBI, got the FBI involved to

6    help her instantaneously.

7            The FBI is also moving on this information.  We're

8    providing them, we're working with them, but as your Honor

9    knows, the FBI won't give us anything they find, we give

10    everything to them.

11            But they're also, my best guess, having given

12    historical references, they're working on their MLATs with

13    Binance right now, trying to get some more information from

14    Binance that they will eventually turn over to us.

15            THE COURT:  And what's the difference between Ethereum

16    and Bitcoin?

17            MR. SILVER:  Bitcoin is the largest crypto.  Ethereum

18    is -- they have different -- the way they validate the chains

19    is different, but ultimately, for a layperson's perspective,

20    there's no -- it's a dollar bill versus a dime right now.

21            THE COURT:  Got it.  Understood.

22            And what is the exchange at this point?

23            MR. SILVER:  How much is the value?

24            THE COURT:  Yeah.

25            MR. SILVER:  Bitcoin's trading about 55,000 and

1  Bitcoin Ethereum is trading about 2600 before I got on this

2  call.

3          THE COURT:  And what makes it fluctuate?

4          MR. SILVER:  The fluctuation is, you know, this kind

5  of goes to, depends who you believe.

6          I am what they call a healthy sceptic.  I've been a

7  talking head on Fox Business, CNBC, and all those type of

8  places.  They put me on to be the sceptic to say that the price

9  volatility is unrelated to use factor at the moment.

10          But the fact in the last six months that Michael

11  Saylor, a billionaire with Michael's Strategies, bought about 3

12  billion in Bitcoin, Elon Musk bought 1.5 billion on Tesla's

13  treasury, that the use cases are coming and the billionaires

14  are getting in right now.  The scarcity of -- Bitcoin only has

15  21 million actual Bitcoin.  The scarcity at the moment is

16  driving up the price.

17          And the case I had in front of Judge Marra --

18          THE COURT:  Are they never going to issue more

19  Bitcoin?

20          MR. SILVER:  You can't.  They can split the chain and

21  create, it's called forking.  Think of it like a dividend where

22  you can get another coin.  But Bitcoin, itself, can't ever go

23  past the 21 million.

24          THE COURT:  Why is that?  That's just the code or --

25          MR. SILVER:  So the code itself, which can be altered,

```
 1    can't be changed for certain things.  The actual ultimate
 2    designer is unknown and it can't be changed.
 3         That's why the Winklevoss twins who are huge
 4    proponents of crypto and Bitcoin in particular, they talk about
 5    as a replacement for gold, because if I get kidnapped in China
 6    right now, and my wife wants to get me back --
 7         THE COURT:  She probably doesn't.  If your wife's
 8    anything like my wife, she doesn't want you back.
 9         MR. SILVER:  Exactly.  But she'd have to bring ten
10    gold bars.  Now, she can send the Bitcoin instantaneously, but,
11    no, she's going to leave me there but I agree with you.
12         But it's the argument that it's a better replacement
13    for gold right now and that's what the Winklevoss twins and the
14    leaders, all over the place, will tell you.
15         THE COURT:  As opposed to becoming a replacement for
16    the dollar, is that what you mean?
17         MR. SILVER:  Yeah.  I mean, I don't see it as being a
18    replacement for money.  It's effectively a good credit card.
19    Right now if you swipe an American Express card, the numbers
20    gets translated.  AmEx tells the seller, yes, we accept this
21    and you should take the money.
22         But then AmEx has 30 days where they have to go pay
23    the seller.  Here everything's instantaneous.  I can't tell you
24    which of the thousand cryptocurrencies are going to replace the
25    dollar.  What I can tell you is, it's an evolution of money
```

```
 1    that's better for now.
 2              THE COURT:  You think it is, despite your skepticism,
 3    you think it is worthwhile.
 4              MR. SILVER:  I think the technology, digital money
 5    isn't going away.  There's no reason, you know, for us to carry
 6    pennies, nickels, quarters or dollar bills almost anymore.  So,
 7    eventually what most of us do, most of our spending on credit
 8    cards nowadays, now with your phone, or your iWatch, you know,
 9    you're just going to instantaneously trade digital money.
10              THE COURT:  All right.  Anything else then,
11    Mr. Silver?
12              MR. SILVER:  No.  I really appreciate your time today,
13    and I look forward to seeing you again at the preliminary
14    injunction hearing.
15              THE COURT:  All right.  Same here.  Take care of
16    yourselves.  Ms. Heissenberg, I hope you get your money back.
17              Take care, folks.
18              MR. SILVER:  Thank you very much.
19              MS. HEISSENBERG:  Thank you.  Thank you.
20              MR. SILVER:  All right.  Thank you, your Honor.
21              (The Judged exited the Zoom hearing.)
22              (Proceedings concluded at 2:52 p.m.)
23                        -   -   -   -   -
24
25
```

```
 1                        INDEX OF WITNESSES

 2      GOVERNMENT'S WITNESSES                    PAGE

 3      Pawel Aleksander

 4      Direct by Mr. Silver                       11

 5                          -  -  -  -  -

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19                     C E R T I F I C A T E

20       I certify that the foregoing is a correct transcript from

21       the record of proceedings in the above-entitled matter.

22

23
             /S/Francine C. Salopek              5-25-21
24       Francine C. Salopek, RMR-CRR        Date
         Official Court Reporter
25
```

BY MR. SILVER: [5]  14/12 15/24
16/24 19/17 20/16
MR. MILLER: [1]  30/10
MR. SILVER: [85]
MS. HEISSENBERG: [3]  2/6 28/19
35/19
THE COURT REPORTER: [6]  2/3
14/20 15/10 15/15 20/12 20/15
THE COURT: [106]
THE WITNESS: [27]

**$**
$1.5 [1]  31/9
$1.5 million [1]  31/9
$100 [3]  4/6 4/7 4/7
$4 [1]  27/6
$4.5 [1]  32/1
$4.5 million [1]  32/1

**/**
/S/Francine [1]  36/23

**1**
1.5 billion [1]  33/12
11 [1]  36/4
11,000 [1]  5/15
11780 [1]  1/18
13 [1]  6/9
14 [3]  25/5 25/5 28/23
15 [4]  13/1 13/25 28/23 30/21
150 [1]  28/4
160,000 [1]  9/20
185 [1]  5/22
1:21 [2]  1/6 2/1

**2**
2014 [1]  31/16
2020 [1]  2/1
2021 [1]  1/6
204,000 [1]  9/20
207B [1]  1/21
21 [8]
21-80716-CIV-RKA [1]  1/4
21-Civil-80716 [1]  2/4
22 [2]  1/6 2/1
24 [1]  24/21
2600 [1]  33/1
299 [1]  1/21
2:08 [1]  13/11
2:15 [2]  12/23 13/1
2:22 [1]  13/11
2:30 [2]  11/17 11/18
2:52 [1]  35/22

**3**
3.71 [1]  4/5
30 [2]  30/1 34/22
30-day [1]  30/1
33065 [1]  1/19
33301 [1]  1/22

**4**
48 [1]  24/21

49 [3]  7/10 7/14 8/11

**5**
5-25-21 [1]  36/23
55,000 [1]  32/25
5686 [1]  1/22

**7**
769-5686 [1]  1/22

**8**
80716 [1]  2/4

**9**
954 [1]  1/22

**A**
above [1]  36/21
above-entitled [1]  36/21
accept [1]  34/20
access [2]  27/17 27/24
account [9]
accountholder [1]  26/7
accounting [1]  20/2
accounts [7]  4/19 20/3 21/20 22/22
23/3 25/11 25/13
accurately [1]  21/22
acknowledge [1]  29/22
acting [2]  9/14 10/6
ADA [1]  28/23
add [4]  23/16 28/8 30/11 30/12
address [14]
addresses [13]
advise [1]  21/4
affidavit [3]  5/5 6/1 10/23
affidavits [1]  7/15
afternoon [1]  2/11
agree [4]  7/21 7/21 15/18 34/11
Aleksander [20]
allowed [1]  27/16
allows [2]  24/6 30/14
almost [2]  31/9 35/6
altered [1]  33/25
Altman [1]  1/13
American [1]  34/19
AmEx [2]  34/20 34/22
amount [2]  26/11 27/6
analysis [1]  19/24
analytics [6]  5/6 13/16 30/23 31/2
31/7 31/8
annoying [1]  30/13
answer [3]  5/24 12/4 21/22
anymore [1]  35/6
APPEARANCES [1]  1/16
appreciate [2]  17/2 35/12
April [2]  1/6 2/1
aren't [1]  19/21
argument [1]  34/12
articulate [1]  14/23
assets [9]
assisted [1]  28/25
associated [1]  19/21
assume [1]  2/12
assumed [1]  20/7
assumes [1]  20/5

assuming [2]  26/8 26/10
assurance [1]  18/16
attached [3]  6/6 6/10 9/19
attack [1]  27/16
attacked [1]  27/13
attempted [1]  27/14
attribute [1]  20/24
attributed [1]  17/19
audio [1]  18/25

**B**
B-I-E-D-A [1]  20/14
bank [1]  30/25
banking [1]  31/15
bankruptcy [1]  20/3
bars [1]  34/10
basis [1]  3/12
BBI [1]  25/21
becoming [1]  34/15
beg [2]  29/1 29/1
behest [2]  9/15 10/6
behind [2]  18/16 18/23
believe [4]  18/1 22/6 24/14 33/5
believed [2]  9/14 10/6
belong [1]  19/14
Bi [1]  19/5
Bieda [1]  20/10
bike [1]  11/15
bikes [1]  11/15
bill [1]  32/20
billion [2]  33/12 33/12
billionaire [1]  33/11
billionaires [1]  33/13
bills [1]  35/6
Binance [14]
Bitcoin [20]
Bitcoin's [1]  32/25
BitPay [4]  18/12 18/14 18/20 25/18
blank [1]  18/5
blanks [1]  18/12
block [1]  19/12
block-chain [1]  19/12
Blockchain [7]  17/18 17/19 18/25
19/20 20/6 20/25 24/1
blocked [1]  18/23
blocked-in [1]  18/23
BlockFi [3]  7/7 17/17 32/3
Blvd [1]  1/21
Boggs [1]  31/17
bought [2]  33/11 33/12
brains [1]  30/8
break [2]  12/25 13/5
breaking [1]  11/24
broad [2]  4/15 29/23
Broward [1]  1/21
Business [1]  33/7
bye [2]  23/12 23/12
Bye-bye [1]  23/12

**C**
calculate [1]  20/23
call [4]  11/1 11/25 33/2 33/6
called [5]  2/14 7/25 31/9 31/24 33/21
card [3]  9/3 34/18 34/19
cards [1]  35/8

**C**

carry [1]  35/5
casually [1]  12/20
CEO [2]  12/11 24/15
certify [1]  36/20
chain [2]  19/12 33/20
chains [1]  32/18
chair [1]  24/14
chance [2]  21/9 29/2
chief [2]  14/16 16/6
China [1]  34/5
chuckle [2]  24/13 31/19
CIO [1]  13/15
Circle [1]  25/20
Circuit [1]  5/18
CIV [1]  1/4
Civil [1]  2/4
claim [3]  24/23 25/2 26/20
claimed [1]  20/24
claims [1]  20/4
cleaning [1]  31/21
clear [1]  16/2
clerk's [2]  26/22 29/14
client [9]
client's [2]  10/25 11/4
close [3]  20/21 23/2 26/23
CNBC [1]  33/7
code [3]  22/8 33/24 33/25
cofounder [2]  13/16 14/16
coin [1]  33/22
Coinbase [7]  19/5 25/18 25/21 26/10
 26/12 26/13 31/2
Coindin [1]  18/25
Coinfirm [8]
cold [2]  16/21 16/22
colleagues [1]  31/18
collect [1]  4/8
column [4]  17/25 18/11 22/9 25/16
comfort [1]  29/11
company [9]
complaint [11]
comply [1]  24/16
components [1]  29/23
computer [2]  1/25 12/23
concern [1]  2/19
concerns [1]  2/16
concluded [1]  35/22
conclusions [1]  6/17
contacted [1]  21/15
contains [1]  17/10
convictions [1]  28/2
Coral [1]  1/19
Counsel [1]  2/5
country [3]  2/22 5/8 5/14
court [15]
courtroom [1]  13/10
COVID [1]  29/14
craziness [1]  31/19
create [1]  33/21
credit [3]  32/4 34/18 35/7
criminal [2]  25/1 28/2
criminals [2]  22/20 27/7
critical [3]  29/21 29/23 30/5
Cross [1]  26/2

CRR [2]  1/20 36/24
crypto [16]
cryptoanalytics [3]  5/2 6/3 6/6
cryptocurrencies [3]  3/17 18/2 34/24
cryptocurrency [11]
cryptographic [6]  2/24 7/18 7/24 9/11
 9/25 10/3
cryptography [1]  10/18
currency [1]  3/19
customer [1]  30/13
cut [3]  19/2 19/6 19/9

**D**

damages [1]  3/22
data [2]  14/18 16/7
date [3]  8/9 9/15 36/24
David [4]  1/17 2/8 2/18 12/19
DC [1]  31/17
declaration [2]  9/18 10/8
default [2]  26/22 26/22
defend [1]  30/16
Defendant [1]  1/9
defense [2]  2/12 2/13
defined [1]  11/11
defrauded [3]  17/13 21/8 23/3
denying [1]  3/15
depending [1]  22/5
depends [1]  33/5
depose [1]  27/17
deposit [2]  22/21 30/25
deposited [1]  31/11
derive [1]  17/17
describe [2]  16/5 19/24
designer [1]  34/2
despite [1]  35/2
destination [7]  17/13 22/9 22/10 22/12
 25/16 26/11 31/5
determine [1]  23/2
development [1]  16/7
difference [2]  4/8 32/15
digital [2]  35/4 35/9
dime [1]  32/20
DIRECT [2]  14/11 36/4
director [1]  14/17
disabilities [1]  28/24
discovered [2]  9/10 10/2
discovery [12]
discussed [1]  28/16
Discussion [3]  12/9 12/16 13/4
distinction [1]  11/10
DISTRICT [5]  1/1 1/2 1/14 1/21 5/13
dividend [1]  33/21
DIVISION [1]  1/3
Docket [1]  6/9
docketed [2]  29/13 29/15
DOE [12]
dollar [9]
dollars [3]  3/24 4/2 31/25
dressed [1]  12/20
driving [1]  33/16
dropping [1]  18/25

**E**

effectively [2]  5/24 34/18
efforts [1]  8/17

eight [1]  16/23
Eleventh [1]  5/17
Elon [1]  33/12
employees [1]  28/3
English [2]  6/15 7/4
enter [2]  11/7 29/12
entities [1]  4/17
entitled [1]  36/21
Entry [1]  6/9
Esq [2]  1/17 1/17
Eth [1]  31/11
Ethereum [4]  31/10 32/15 32/17 33/1
everyone [2]  11/24 31/22
everything's [1]  34/23
evidence [4]  2/21 3/13 3/14 17/15
evidentiary [1]  10/14
evolution [1]  34/25
EXAMINATION [1]  14/11
examples [1]  9/17
Excel [3]  9/19 17/15 22/12
exchange [10]
exchanges [17]
excused [1]  23/14
Exhibit [3]  2/20 6/11 7/1
Exhibit A [2]  6/11 7/1
Exhibit B [1]  2/20
exhibited [1]  6/9
exited [3]  13/10 23/14 35/21
expect [4]  18/12 25/8 25/9 29/24
expedite [1]  29/2
expedited [12]
experience [1]  25/23
expert [6]  2/24 3/1 6/22 7/18 10/10
 29/9
explain [7]  2/21 7/2 17/10 18/9 20/17
 21/1 21/3
explains [1]  9/8
Express [1]  34/19
extension [1]  29/25
extraordinary [1]  3/12

**F**

face [1]  15/2
fact [3]  9/10 10/2 33/10
factor [1]  33/9
factors [1]  26/25
FBI [4]  32/5 32/5 32/7 32/9
federal [1]  28/1
figured [1]  30/6
file [1]  17/15
filed [1]  5/8
filing [1]  9/15
fine [2]  12/6 13/19
firm [11]
first-in [4]  18/9 19/24 20/1 20/5
first-out [4]  18/9 19/24 20/1 20/5
five-minute [1]  11/24
FLORIDA [5]  1/2 1/5 1/19 1/22 5/13
flow [1]  20/21
fluctuate [2]  4/5 33/3
fluctuation [1]  33/4
fluke [1]  9/9
folks [1]  35/17
foregoing [1]  36/20
forensic [1]  20/2

**F**

forensics [1]  20/11
forking [1]  33/21
form [2]  26/21 28/6
formal [1]  8/8
former [2]  24/14 31/18
FORT [3]  1/3 1/5 1/22
Fox [1]  33/7
Fran [3]  2/2 12/7 13/6
Francine [3]  1/20 36/23 36/24
fraud [3]  14/19 16/7 16/9
free [1]  11/21
freeze [6]  3/25 11/4 11/15 24/19
 24/20 24/22
freezing [1]  21/19
friends [1]  31/17
front [3]  12/23 31/20 33/17
frozen [2]  3/10 21/10
fun [1]  31/17
funds [15]
fungibility [1]  23/20
fungible [1]  3/20

**G**

Gemini [2]  25/22 31/2
generate [1]  8/7
generated [1]  17/6
gets [2]  3/12 34/20
gibberish [2]  2/20 6/7
globe [2]  27/1 27/3
gold [3]  34/5 34/10 34/13
gonna [2]  12/19 14/22
gotten [1]  5/9
GOVERNMENT'S [1]  36/2
grant [4]  2/15 26/20 29/16 29/18
granted [1]  9/23
granting [1]  29/12
great [3]  12/15 12/24 29/10
ground [1]  3/12
guy's [1]  3/4

**H**

hacked [1]  27/21
hackers [2]  27/23 27/23
half [2]  11/1 31/25
hand [3]  15/11 15/12 15/12
handled [1]  28/4
happy [6]  4/20 6/23 8/6 10/20 28/11
 28/14
head [2]  20/11 33/7
heading [1]  13/23
healthy [1]  33/6
hear [3]  3/17 12/7 28/10
hearing [8]
heart [1]  28/24
HEISENBERG [1]  1/5
Heissenberg [21]
Heissenberg's [2]  27/13 27/20
hello [2]  28/13 28/14
help [1]  32/6
helpful [4]  29/10 29/11 31/7 31/22
hemorrhaging [1]  28/4
Here's [1]  9/22
hey [3]  2/2 2/3 3/2

higher [1]  21/9
hired [3]  2/24 10/10 24/14
historical [1]  32/12
history [1]  26/14
hits [1]  30/24
hold [4]  12/1 15/7 19/20 24/7
holders [1]  30/14
home [2]  13/23 29/1
Honor [18]
Honor's [1]  11/17
Honorable [1]  1/13
Hoovy [1]  25/22
hope [1]  35/16
hoping [2]  10/18 12/22
horn [1]  5/7
hour [1]  11/2
hours [1]  24/21
huge [1]  34/3
hundred [2]  3/24 4/2
hundreds [1]  31/25
husband [1]  28/21
husband's [1]  28/22

**I**

I'll [7]  6/19 11/25 13/6 29/12 29/16
 29/16 30/19
I'm [29]
I've [6]  2/21 5/6 11/22 30/21 31/16
 33/6
identifiable [2]  23/25 24/1
identified [2]  8/3 24/4
identify [8]
identities [1]  30/14
identity [1]  28/6
imagine [1]  17/4
immediately [1]  20/23
importance [1]  21/7
inclined [2]  4/12 10/15
included [1]  5/5
including [2]  5/13 24/18
incorporated [1]  5/3
indeed [1]  16/22
INDEX [1]  35/25
individualized [1]  11/12
industry [1]  31/21
information [24]
injunction [5]  25/6 26/19 26/20 29/8
 35/14
injunctions [1]  31/21
instance [3]  8/15 23/24 31/9
instantaneous [1]  34/23
instantaneously [3]  32/6 34/10 35/9
interest [1]  4/3
introduce [1]  14/13
invest [1]  3/18
investigations [3]  14/19 16/7 16/9
Ireland [1]  27/4
IRS [1]  11/11
issue [3]  4/22 9/22 33/18
issued [1]  5/14
issues [1]  4/23
issues/questions [1]  4/23
iWatch [1]  35/8

**J**

Japan [2]  25/22 27/4
Jason [2]  1/17 2/9
job [1]  12/15
JOHN [11]
Joshua [1]  13/3
judge [11]
Judge Marra [2]  5/14 33/17
Judged [1]  35/21
judgment [3]  5/15 26/22 26/23

**K**

keep [2]  28/25 28/25
key [2]  19/11 26/25
kidnapped [1]  34/5
kids [2]  12/8 13/1
knowledge [1]  6/21
knows [1]  32/9
KYC [2]  25/12 26/6

**L**

lady [1]  14/5
language [1]  6/15
largest [2]  31/10 32/17
late [1]  16/22
LAUDERDALE [3]  1/3 1/5 1/22
lawsuit [1]  4/9
lawyer's [1]  11/7
layer [1]  22/21
layering [1]  22/22
layperson's [1]  32/19
leaders [1]  34/14
leads [1]  17/16
leave [2]  11/24 34/11
leaves [1]  31/6
legitimizing [1]  31/20
letter [1]  22/9
life [1]  20/20
likelihood [3]  3/11 6/25 7/3
likes [1]  30/9
links [1]  26/12
list [3]  24/17 25/11 25/18
litigation [1]  26/21
lose [1]  4/1

**M**

maintain [1]  23/24
major [2]  21/23 25/24
manage [1]  21/7
mark [1]  30/2
Marra [2]  5/14 33/17
matter [1]  36/21
mean [14]
means [4]  7/2 18/9 19/25 20/22
mechanical [1]  1/24
meet [1]  13/19
merits [3]  3/11 6/25 7/4
method [2]  19/25 20/5
methods [3]  17/10 19/11 20/2
Michael [1]  33/10
Michael's [1]  33/11
mild [1]  11/10
Miller [6]  1/17 1/18 2/9 16/10 30/7
 30/7

## M

million [5]  27/6 31/9 32/1 33/15 33/23
minute [1]  11/24
minutes [6]  11/23 12/4 13/1 13/7
 13/25 30/21
MLATs [1]  32/12
Mobile [5]  27/15 27/20 27/24 28/3
 30/3
moment [5]  11/12 19/22 24/2 33/9
 33/15
moment's [1]  28/4
money [28]
money's [1]  10/24
months [1]  33/10
morning [3]  2/6 5/5 26/4
mostly [3]  5/8 5/16 27/8
motion [13]
move [4]  20/22 20/23 25/5 27/8
moved [3]  9/20 25/20 31/13
movement [1]  24/10
moves [1]  27/5
moving [3]  9/17 24/5 32/7
Mr [5]  12/8 14/20 15/10 20/12 36/4
Mr. [29]
Mr. Aleksander [10]
Mr. Heissenberg [2]  17/8 17/17
Mr. Miller [2]  30/7 30/7
Mr. Roman [1]  20/10
Mr. Silver [13]
Mr. Silver's [1]  30/17
Mrs. [2]  2/9 20/19
Mrs. Heissenberg [2]  2/9 20/19
Ms [2]  6/4 28/17
Ms. [15]
Ms. Heissenberg [12]
Ms. Heissenberg v. John [1]  16/11
Ms. Heissenberg's [2]  27/13 27/20
multiple [1]  22/21
Musk [1]  33/12
mute [1]  12/6

## N

name [13]
necessity [3]  6/20 6/21 9/22
neighbor [3]  3/9 11/8 11/14
neighborhood [1]  11/16
neither [1]  10/8
nickels [1]  35/6
nine [1]  4/19
nobody [2]  3/11 26/20
None [1]  7/4
notes [1]  29/6
notice [5]  21/2 21/17 21/24 22/2 30/15
notifications [1]  21/4
notify [1]  21/8
nowadays [1]  35/8
number [2]  2/4 9/2 22/8
numbers [1]  34/19

## O

o'clock [3]  16/23 17/2 30/22
obtaining [1]  30/13
OCC [1]  24/15
office [1]  29/14

officer [2]  14/16 16/6
Official [1]  1/20 36/24
OKEx [1]  25/23
online [1]  2/5
open [2]  7/8 7/9
operation [1]  30/8
opinions [1]  5/18
opposed [3]  10/11 22/18 34/15
opposite [1]  18/13
or Coindin [1]  18/25
order [8]
original [1]  17/16
overseas [3]  11/25 22/1 22/2
owned [2]  18/12 18/13
owner [5]  18/1 18/5 18/11 19/12
 25/17
owns [2]  9/3 18/7

## P

P-A-W-E-L [1]  16/1
p.m [6]  1/6 2/1 11/21 13/11 13/11
 35/22
PAGE [1]  36/2
pages [1]  5/22
paragraph [6]  7/10 7/14 7/17 8/20
 8/24 8/25
paragraph 21 [1]  8/20
paragraph 49 [1]  7/10
Parkinson [1]  28/22
part [7]  9/25 16/9 19/19 27/10 29/19
 30/5 30/12
parties [1]  18/23
partner [1]  2/8
partners [1]  8/2
party [2]  4/16 24/23
passing [1]  20/24
Patton [1]  31/17
Pause [2]  7/11 8/23
Pawel [12]
pay [2]  27/23 34/22
pennies [1]  35/6
people [5]  3/18 4/17 19/20 27/16
 27/19
Perfect [2]  13/9 15/4
perpetrator [1]  31/4
perpetuity [1]  24/23
person [1]  26/16
perspective [2]  23/23 32/19
phase [1]  26/19
phone [6]  11/1 14/7 15/1 17/5 27/21
 35/8
piece [1]  17/15
place [2]  5/11 34/14
plaintiff [8]
planning [1]  29/7
pleasure [2]  13/19 23/11
plus [1]  4/2
pocket [1]  3/5
point [5]  11/3 17/13 21/14 30/17
 32/22
Polominex [1]  18/20 25/19
Poloniex [1]  25/19
popular [1]  24/2
populated [1]  6/20
portions [1]  29/21

possibility [1]  20/20
potentially [1]  30/15
power [1]  30/2
prejudice [1]  3/15
preliminary [5]  25/6 26/19 26/20 29/8
 35/13
prepare [2]  16/13 16/15
prepared [3]  17/8 20/8 20/10
presentation [1]  25/7
price [2]  33/8 33/16
private [6]  5/15 9/21 9/21 17/22 18/6
 19/20
problem [1]  12/21
proceed [1]  26/21
proceedings [4]  1/24 20/3 35/22 36/21
produced [1]  1/25
product [2]  14/18 16/7
properties [1]  28/22
property [9]
proponents [1]  34/4
proportion [1]  20/24
provide [11]
provided [4]  5/2 5/6 6/2 9/6
provider [2]  9/6 9/7
providing [3]  21/1 21/1 32/8
public [7]  7/20 8/4 8/8 8/9 8/10 24/1
 26/12
publicly [1]  24/3
published [1]  5/18
pursuant [1]  26/13

## Q

quarters [1]  35/6
question [4]  4/22 18/10 21/13 21/16
questions [7]  4/10 4/23 5/25 12/14
 13/2 21/12 28/10
quick [1]  8/21
quo [1]  23/24

## R

raise [1]  15/10
ramp [1]  27/8
reached [1]  32/5
read [4]  5/22 7/12 9/24 17/5
reads [1]  9/9
realtime [3]  20/21 20/21 21/6
receive [1]  24/6
received [1]  23/3
receives [2]  21/8 22/11
receiving [2]  22/13 22/18
recently [2]  9/15 24/13
Recess [1]  13/11
recognize [1]  17/7
recognizing [1]  19/14
record [7]  12/9 12/16 13/4 15/16
 17/12 22/11 36/21
recorded [1]  1/24
records [1]  17/16
references [1]  32/12
registering [2]  18/24 19/12
regulations [1]  24/16
rely [1]  28/10
rental [1]  28/22
replace [1]  34/24
replacement [3]  34/5 34/12 34/15

**R**

replacement... [1] 34/18
report [18]
reporter [4] 1/20 1/20 14/24 36/24
reports [1] 6/19
representative [1] 27/24
request [1] 4/13
reschedule [1] 10/21
respectful [1] 22/2
respond [8]
responds [1] 25/23
response [2] 26/3 26/5
restraining [2] 24/5 24/22
restrains [1] 24/10
resulted [1] 28/5
retain [1] 8/12
retained [3] 5/2 8/3 16/10
reveal [1] 25/10
reversed [1] 5/17
RKA [1] 1/4
RMR [2] 1/20 36/24
RMR-CRR [1] 1/20 36/24
Road [1] 1/18
role [1] 14/17
Roman [2] 20/10 20/14
Room [1] 1/21
round [1] 31/15
Roy [1] 1/13
runs [1] 22/1

**S**

Salopek [3] 1/20 36/23 36/24
sample [2] 1/18 19/13
savings [1] 28/21
say-so [1] 11/8
Saychelles [1] 22/6
Saylor [1] 33/11
scarcity [2] 33/14 33/15
sceptic [2] 33/6 33/8
science [2] 14/18 16/7
screen [3] 14/5 16/17 17/4
screenshots [1] 2/25
second [7] 3/17 8/19 12/17 14/23 23/18 27/10 31/10
secondary [2] 9/12 10/4
seconds [1] 30/20
seller [2] 34/20 34/23
send [2] 24/17 34/10
sequences [1] 22/9
service [1] 25/13
services [3] 17/19 18/25 19/3
settle [1] 20/4
seven [1] 4/19
Seychelles [1] 24/12
share [1] 16/16
sharing [1] 17/4
she'd [2] 28/14 34/9
sic [4] 16/1 17/8 17/17 20/5
signed [1] 7/15
signifies [1] 18/6
Silver [19]
Silver's [1] 30/17
SIM [4] 9/3 27/12 27/14 28/4
Singapore [2] 22/6 27/4

single [1] 5/7
skeleton [1] 29/14
skepticism [1] 35/2
slightly [1] 17/24
slower [1] 14/23
slowly [1] 14/7
soon [1] 10/21
sorts [1] 3/1
sounds [1] 12/24
source [1] 25/2
SOUTHERN [2] 1/2 5/13
specific [1] 24/4
specified [1] 11/12
spell [5] 15/16 15/19 15/20 15/25 20/13
spelling [1] 15/16
spending [1] 35/7
split [1] 33/20
spoke [1] 25/25
spreadsheet [3] 9/19 22/12 25/16
Springs [1] 1/19
Squire [1] 31/16
staff [1] 29/14
stand [3] 5/21 10/15 10/16
starting [3] 7/10 17/13 24/15
state [2] 15/16 15/20
statement [1] 7/21
STATES [4] 1/1 1/14 1/21 21/23
status [1] 23/24
status quo [1] 23/24
stays [1] 18/23
steal [2] 4/5 27/7
stenography [1] 1/24
step [5] 5/1 6/19 7/9 19/18 23/17
Stern's [1] 12/8
stole [5] 3/8 3/9 3/24 11/8 11/14
stolen [17]
stop [1] 11/22
storing [2] 7/7 32/4
Strategies [1] 33/11
stuff [2] 10/17 10/19
subpoena [3] 26/13 27/15 30/2
subpoenas [1] 31/21
substantial [1] 6/25
substantially [1] 7/3
success [3] 3/11 6/25 7/3
successfully [1] 25/1
sue [1] 3/25
supervised [1] 20/8
supplant [1] 3/19
supplement [2] 3/13 8/15
supplemental [3] 6/1 6/10 9/18
swap [2] 27/12 28/4
swaps [1] 27/14
swear [4] 14/21 14/22 15/7 15/14
swipe [1] 34/19
sworn [1] 15/13

**T**

T-Mobile [5] 27/15 27/20 27/24 28/3 30/3
take [18]
taken [1] 13/11
talk [3] 23/20 30/7 34/4
talked [3] 23/18 26/1 27/11

talking [3] 26/2 28/23 33/7
target's [1] 9/2
team [1] 14/18
technically [1] 25/20
technological [1] 20/20
technology [1] 35/4
telecom [2] 9/5 9/7
telephone [1] 9/2
tell [10]
tells [2] 6/20 34/20
Tesla's [1] 33/12
testify [2] 11/18 28/11
testimony [1] 6/5
thank [10]
theft [4] 8/9 28/6 28/6 31/11
theirs [1] 26/9
thief [1] 9/5
thieves [1] 24/5
think [19]
thought [1] 10/13
thousand [1] 34/24
thousands [1] 31/25
THURSDAY [1] 2/1
till [1] 30/22
time [8]
today's [1] 10/14
tonight [1] 29/15
toot [1] 5/6
top [1] 14/5
trace [2] 2/25 17/12
traced [1] 19/22
tracing [10]
track [3] 12/11 22/21 27/5
tracking [1] 27/1
trade [1] 35/9
trading [2] 32/25 33/1
traditional [1] 20/2
transactional [1] 26/14
transactions [5] 17/12 17/17 19/1 19/13 21/5
transcript [3] 1/12 1/24 36/20
transfer [4] 22/11 22/12 22/13 24/9
transferred [4] 9/3 9/13 10/5 26/12
transfers [3] 3/1 17/16 20/6
translated [1] 34/20
treasury [1] 33/13
trillion [3] 4/6 4/7 4/8
TRO [23]
TROs [4] 2/22 3/22 5/9 31/20
true [1] 3/21
TULLIA [2] 1/5 28/18
twice [1] 5/17
twins [2] 34/3 34/13
two-week [1] 29/25
typical [1] 22/20
Typically [1] 21/21

**U**

U.S [4] 24/15 25/24 27/8 27/9
U.S. [6] 24/16 25/12 25/20 25/25 31/3 31/14
U.S. exchange [1] 31/14
U.S. exchanges [1] 31/3
U.S. now [1] 25/20
U.S. regulations [1] 24/16

**U**

U.S. that [1]  25/12
U.S. will [1]  25/25
ultimate [1]  34/1
ultimately [1]  32/19
unattributed [2]  17/19 17/21
unaware [1]  5/20
understand [3]  4/4 4/9 6/5
Understood [5]  10/7 14/9 22/7 28/7
 32/21
UNITED [4]  1/1 1/14 1/21 21/23
unknown [1]  34/2
unless [4]  7/1 13/1 21/12 28/9
unlikely [1]  30/18
Unmute [1]  28/18
unrelated [1]  33/9
update [1]  12/10
updated [1]  5/6
us [11]
useful [1]  28/13
utilize [1]  9/6

**V**

v. [1]  16/11
validate [1]  32/18
value [2]  4/4 32/23
verifiable [1]  24/3
verification [2]  6/1 6/2
verified [2]  5/3 20/11
verify [2]  7/14 8/5
Verizon [1]  28/3
versus [1]  32/20
victims [1]  20/4
volatility [1]  33/9

**W**

wait [3]  11/3 11/4 12/5
walking [1]  13/22
walks [2]  7/15 8/11
wallet [11]
wallets [1]  20/25
Warsaw [1]  16/20
week [2]  24/14 29/25
weeks [1]  29/24
welcome [1]  12/13
whenever [1]  20/22
who's [8]
widely [1]  20/1
wife [2]  34/6 34/8
wife's [1]  34/7
wild [1]  17/22
win [2]  4/1 4/2
Winklevoss [2]  34/3 34/13
wire [1]  3/1
wireless [1]  9/2
wish [1]  30/16
withdrew [1]  31/4
witness [2]  15/13 23/14
WITNESSES [2]  36/1 36/2
words [2]  6/15 7/4
work [3]  10/10 21/19 21/23
working [2]  32/8 32/12
works [2]  9/5 11/21
world [1]  24/18

worth [5]  3/4 4/6 4/6 4/7 5/19
worthwhile [1]  35/3
writing [1]  14/6
wrote [1]  12/12

**Y**

yep [2]  14/3 14/3
you'd [2]  10/18 18/20
YYC [1]  26/14

**Z**

Zoom [3]  1/12 23/14 35/21